JOAN BYERS, *ET ALS.*, PETITIONERS-RESPONDENTS, v. THE BOARD OF EDUCATION OF THE CITY OF BRIDGETON, RESPONDENT-PETITIONER.

*Mr. Thomas P. Cook* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. Stephen G. Weiss* for the respondents.

January 8, 1968. Denied.

DLOG CONSTRUCTION CO., INC., APPELLANT-PETITIONER, v. PARK PLACE CONSTRUCTION CO., INC., RESPONDENT-RESPONDENT.

*Messrs. Garretson, Levine, Goceljack & Hollander* for the petitioner.

*Messrs. Shavick, Thevos, Stern, Schotz & Steiger* and *Mr. Barry I. Croland* for the respondent.

January 16, 1968. Denied.